# In re CONSOLIDATED TEXTILE CORPORATION.

United States District Court
S. D. New York.
April 27, 1949.

Mudge, Stern, Williams & Tucker, New York City, for debtor.

Emanuel Redfield, New York City, for Lillian H. Willis.

GODDARD, District Judge.

The motion to reopen the reorganized estate so as to permit the petitioner to exchange her bonds after the bar date must be denied. Duebler v. Sherneth Corp., 2 Cir., 160 F.2d 472; North American Car Corp. v. Peerless Weighing & Vending Mach. Corp., 2 Cir., 143 F.2d 938.

The amendment to Rule 60(b) of the Federal Rules of Civil Procedure, 28 U.S. C.A., does not avail the petitioner. See Grand Union Equipment Co. v. Lippner, 2 Cir., 167 F.2d 958.

Motion denied.

Settle order on notice.